No. 632, Misc. DANIELS v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 929, Misc. NEAR v. CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied. *Robert Randolph Jones, W. Griffith Purcell* and *W. A. Hall, Jr.* for petitioner. *Reno S. Harp III*, Assistant Attorney General of Virginia, for respondent.

No. 1019, Misc. RUSSELL v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1024, Misc. DORES, ADMINISTRATOR, v. ANDERSON ET AL., DOING BUSINESS AS ANDERSON & NEAL TRUCKING Co., ET AL. C. A. 5th Cir. Certiorari denied. *Alex Akerman, Jr., Thomas A. Ziebarth* and *J. B. Hodges* for petitioner.

No. 1025, Misc. CASIAS v. COLORADO. Supreme Court of Colorado. Certiorari denied.

No. 1043, Misc. ARGO v. ALABAMA. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se. MacDonald Gallion*, Attorney General of Alabama, and *John C. Tyson III*, Assistant Attorney General, for respondent.

No. 1044, Misc. HOLLIS v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 1051, Misc. WALLACE v. CONNECTICUT. Superior Court of Connecticut. Certiorari denied.

No. 1055, Misc. LANDFORD v. COLORADO. Supreme Court of Colorado. Certiorari denied.